**PRICEPLAY, INC. (Formerly Performance Pricing, Inc.), Plaintiff–Appellant,**

**v.**

**GOOGLE, INC., Defendant–Appellee,**

**and**

**AOL, LLC, Defendant–Appellee.**

**No. 2010–1306.**

United States Court of Appeals, Federal Circuit.

Feb. 11, 2011.

Richard E. Lyon, III, Dovel & Luner, LLP, of Santa Monica, CA, argued for plaintiff-appellant. With him on the brief was Gregory S. Dovel.

David A. Perlson, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, CA, argued for defendant-appellee Google, Inc. With him on the brief were Charles K. Verhoeven, Emily C. O'Brien and Antonio R. Sistos.

Robert L. Burns, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, for defendant-appellee AOL, LLC.

Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Before PROST, SCHALL and MOORE, Circuit Judges.

## JUDGMENT